# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

WOODROW NEAL, JR.                                                           PETITIONER

V.                                      NO. 5:11CV00257 SWW

RAY HOBBS, Director of the                                                  RESPONDENT
Arkansas Department of Correction

## ORDER

The Court has received findings and a recommendation from Magistrate Judge H. David Young. After a careful review of the findings and recommendation, the timely objections received thereto, and a de novo review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The motion to dismiss filed by respondent Ray Hobbs ("Hobbs") is granted, and the petition for writ of habeas corpus pursuant to 28 U.S.C. 2254 filed by petitioner Woodrow Neal, Jr., is dismissed. All requested relief is denied, and, in accordance with Rule 11(a) of the Rules Governing Section 2254 Cases In The United States District Courts, a certificate of appealability is denied. Judgment will be entered for Hobbs.

IT IS SO ORDERED this 12th day of December 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE