# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

WOODROW NEAL                                                              PETITIONER

v.                         NO. 5:11CV00257 SWW

RAY HOBBS, Director of the                                    RESPONDENT
Arkansas Department of Correction

## JUDGMENT

Pursuant to the Order entered this day, judgment is entered for respondent Ray Hobbs. All requested relief is denied, and, in accordance with Rule 11(a) of the Rules Governing Section 2254 Cases In The United States District Courts, a certificate of appealability is denied.

IT IS SO ORDERED thi 12th day of December 2011.

                                                  /s/Susan Webber Wright

                                                  UNITED STATES DISTRICT JUDGE